CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 30 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| OWAIIAN M. JONES, | CASE NO. 7:14CV00515 |
| Plaintiff, | |
| v. | FINAL ORDER |
| PRESIDENT OF THE UNITED STATES, ET AL.,, | By: Glen E. Conrad<br>Chief United States District Judge |
| Defendants. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as frivolous, plaintiff's pending motions are **DISMISSED** as moot, and this action is stricken from the active docket of the court.

ENTER: This 30th day of September, 2014.

/s/ Glen E. Conrad
Chief United States District Judge